IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-02663-AP**

**CONEJOS COUNTY CLEAN WATER, INC.; SAN LUIS VALLEY ECOSYSTEM COUNCIL; CONCERNED CITIZENS FOR NUCLEAR SAFETY,**

    Plaintiffs,

v.

**U.S. DEPARTMENT OF ENERGY; NATIONAL NUCLEAR SECURITY ADMINISTRATION; THOMAS P. D'AGOSTINO,** in his official capacity as Administrator of the National Nuclear Security Administration; **STEVEN CHU**, in his official capacity as Secretary of the Department of Energy**,**

    Defendants.

### ORDER

This matter is currently before me on the parties' Joint Motion to Dismiss (doc. 8). The parties have informed me that they have reached an out-of-court settlement of this matter, and they jointly move for dismissal of this matter with prejudice.

Finding good cause shown, the parties' motion is GRANTED. The case is dismissed with prejudice. Fed. R. Civ. P. 41(a)(2). The terms and conditions of the attached Settlement Agreement are incorporated by reference into this Order.

Dated: March 29, 2011                      BY THE COURT:

                                                    **/s/John L. Kane**

                                                    Senior U.S. District Judge